UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No: 6:24-cv-1392-WWB-EJK

AISHIA PETERSEN,

    Plaintiff,

v.

TOMMY HILFIGER RETAIL, LLC

    Defendant.
_____/

### NOTICE OF SETTLEMENT

Plaintiff **Aishia Petersen**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case.  The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Notice or Stipulation of Dismissal will be filed within sixty (60) days.

 Dated this 17th day of September 2024.

                                              By: __/s/ Acacia Barros___
                                              Acacia Barros, Esq.
                                              Fla. Bar No. 106277
                                              **ACACIA BARROS, P.A.**
                                              11120 N. Kendall Dr., Suite 201
                                              Miami, Florida 33176
                                              Telephone: 305-639-8381
                                              ab@barroswlawfirm.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney.

*/s/ Acacia Barros*
Acacia Barros, Esq.
ACACIA BARROS, P.A.
